IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-399-FDW-DCK

| | |
|---|---|
| **FATMATA SILLAH and MOMODU SILLAH,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**C.R. BARD, INC., a New Jersey Corporation, and DAVOL, INC., a subsidiary Corporation,** )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) filed by Mohammed M. Shyllon, concerning Tiega-Noel Varlack on August 27, 2018. Tiega-Noel Varlack seeks to appear as counsel *pro hac vice* for Plaintiffs Fatmatah Sillah and Momodu Sillah. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) is **GRANTED**. Tiega-Noel Varlack is hereby admitted *pro hac vice* to represent Plaintiffs Fatmatah Sillah and Momodu Sillah.

**SO ORDERED**.

Signed: August 27, 2018

_____
David C. Keesler
United States Magistrate Judge